UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: JOSE MIGUEL DE JESUS MIRANDA

CASE NO.
CHAPTER 13

DEBTOR(S)

## CHAPTER 13 PAYMENT PLAN

NOTICE: • The following plan contains provisions which may significantly affect your rights. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing, filed with the Court and served upon the debtor(s), debtors' counsel, the trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. • For post confirmation Plan Modifications, objections must be filed and notified in the same manner within forty (40) days from its notification. • A proof of claim must be filed by or on behalf of each creditor, including secured creditors, in order for the creditor to be eligible to be paid by the trustee. The Trustee will pay the allowed claims, as filed, provided for in the plan unless disallowed or expressly modified by the terms of this plan, or by subsequent Court order. If no claim is filed the trustee will not pay a creditor provided in the plan unless ordered by the Court. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution. •

1. Future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee. The Debtor(s) shall make payments to the Trustee [✓] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULED.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE SEQUENCE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: February 17, 2010
[✓] PRE [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____
FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

$ 1,010 x 60 = 60,600
$ ___ x ___ = 0
$ ___ x ___ = 0
$ ___ x ___ = 0
$ ___ x ___ = 0
$ ___ x ___ = 0
TOTAL = 60 $ 60,600

Additional Payments:
$ 13,000 to be paid as a LUMP SUM within 60 mos from filing with proceeds to come from

[ ] Sale of property identified as follows:
_____

[✓] Other: Funds consigned in Superior Court San Juan plus interest accrued over this principal amount. Contingent upon Court determination.

Periodic Payments to be made other than and in addition to the above.
$ ___ x ___ = $ 0
To be made: _____

PLAN BASE: $ 73,600

### II. ATTORNEY'S FEES
(Treated as § 507 Priorities)
I. To be paid before any other creditor and concurrently with the Trustee's fee unless otherwise provided.

a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,500
b. Additional Fees: $ ___
c. Adjusted Balance: $ 2,500

Signed: _____
DEBTOR   JOSE MIGUEL DE JESUS MIR

JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. SECURED CLAIMS:
[ ] Debtor represents that there are no secured claims.
[✓] Creditors having secured claims will retain their liens and shall be paid as follows:

[1] ADEQUATE PROTECTION PAYMENT CR ___ $ ___

[2] Trustee pays secured ARREARS:
Cr. Wells Fargo   Cr. ___   Cr. ___
Acct. See below   Acct. ___   Acct. ___
$ ___   $ ___   $ ___

[3] Trustee pays IN FULL Secured Claim(s):
Cr. ___   Cr. ___   Cr. ___
Acct. ___   Acct. ___   Acct. ___

[4] Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
Acct. ___   Acct. ___   Acct. ___
$ ___   $ ___   $ ___

[ ] Secured creditor(s) interest will be insured and insurance policy pay through plan:
Cr.: ___ Ins.Co.: ___ Premium: $ ___
Cr.: ___ Ins.Co.: ___ Premium: $ ___
(Please indicate in "Other Provisions" the comprised insurance coverage period.)

[✓] Debtor SURRENDERS COLLATERAL TO Lien Holder:
Toyota Financial Services (Automobile)
[ ] Debtor Otherwise will maintain regular payments directly to:
See below.

B. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
[5] [II U.S.C. § 507 and § 1322 (a)(2)] ASUME and Juan M. de Jesus Hernandez

C. UNSECURED PREFERRED: Plan [ ] Classifies [✓] Does not Classify Claims.

[6] Class [A]: [ ] Co-debtor Claims / [ ] Paid 100% [ ] "Pay Ahead":
[7] Class [B]: [ ] Other Class: ___
[ ] Cr. ___   [ ] Cr. ___   [ ] Cr. ___
Acct. ___   Acct. ___   Acct. ___
$ ___   $ ___   $ ___

D. GEN. UNSECURED NOT PREFERRED will receive PRO-RATA disbursements. [ ]

OTHER PROVISIONS:
See attachment.

ATTORNEY FOR DEBTOR: Herman F. Valentin & Associates   Phone: (787) 200-5426

**Attachment to Chapter 13 Plan**
**Dated February 17, 2010**

### III. A (2)

Debtor represents no arrears to Wells Fargo Home Mortgage; however, if any fees or charges are claimed by this creditor they are to be paid by the Trustee. Debtor and spouse are under a pre-nuptial agreement calling for complete separation of assets Current monthly payments are being made directly to creditor by Debtor's spouse.

### III. A (4)

The collateral to be surrendered to Toyota Financial Services is currently under Debtor's brother's custody in Florida.

### III. B

Debtor will make direct post-petition domestic support obligation payments to ASUME and Juan M. de Jesus Hernández who is of legal age.

**Other Provisions:**

Lease agreement over current residence is assumed.

Date: _____

_____
José Miguel de Jesús Miranda