## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

                                                                         CASE NO. 10-01096 ESL

JOSÉ MIGUEL DE JESÚS MIRANDA

                                                                              CHAPTER 13

DEBTOR(S)

## MOTION IN COMPLIANCE WITH NOTICE

**TO THE HONORABLE COURT:**

COMES NOW, Debtor represented by the undersigned counsel and very respectfully states:

1. On February 19, 2010 the Clerk of the Court filed a Notice of Defective Filing for failure to pay the filing fees in the present case.

2. The fees in the case totaling $274 were paid on February 21, 2010 at 8:45 a.m.; Receipt number 3596910. See, Docket 8.

**WHEREFORE**, for the reasons stated above it is respectfully requested from the Court to take notice of the above.

**RESPECTFULLY SUBMITTED.**

In Bayamón, Puerto Rico, this 22nd day of February 2010.

                                              **HERMAN F. VALENTÍN & ASSOCIATES**
                                                                        P.O. Box 1888
                                                                 Bayamón, PR 00960-1888
                                                                         Tel. (787) 200-5426
                                                                         Fax (787) 200-5428

                                                         By: ***/s/Herman F. Valentín Figueroa***
                                                                   Herman F. Valentín Figueroa

Answer to the "Trustee's
  Objection to Exemption(s)"
Case No.
Page 2

USDC-PR # 201904