# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

JOSÉ MIGUEL DE JESÚS MIRANDA

CASE NO. 10-01096 ESL

CHAPTER 13

DEBTOR(S)

## NOTICE OF FILING OF AMENDED SCHEDULES

Notice is hereby given to all creditors and parties in interest that, pursuant to Fed. R. Bankr. P. 1007 (c), the following schedule, a copy of which is attached hereto, has been amended:

### SCHEDULE E

The purpose of the amendment is *to include domestic support recipient's counsel as a creditor in the case in two claims, one for an undisputed amount and another for disputed and unliquidated amount. The amendment also clarifies the nature of the debt of the D.S.O. recipient.*

In Bayamón, Puerto Rico, this 2nd day of March 2010.

HERMAN F. VALENTÍN & ASSOCIATES
P. O. Box 1888
Bayamón PR 00960-1888
Tel. (787) 200-5426
Fax (787) 200-5428

By: /s/ Herman F. Valentín Figueroa
Herman F. Valentín Figueroa
USDC-PR # 201904

B6E (Official Form 6E) (12/07)

IN RE DE JESUS MIRANDA, JOSE MIGUEL  
Debtor(s)

Case No. 10-01096 ESL  
(If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**  
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**  
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**  
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**  
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**  
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**  
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**  
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**  
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**  
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

IN RE DE JESUS MIRANDA, JOSE MIGUEL    Case No. 10-01096 ESL
Debtor(s)    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4196  ASUME  P.O. BOX 70376  SAN JUAN, PR 00936-8376 | | | Domestic support obligation resulting from the application of a retroactive amount based on an increase in the monthly support payment. This determination is currently being disputed in Commonwealth Court. | X | | X | 42,636.00 | 100.00 | 42,536.00 |
| ACCOUNT NO. 4196  ASUME  P.O. BOX 70376  SAN JUAN, PR 00936-8376 | | | Residual amount owed from child support payment plan. | | | | 6,900.00 | 6,900.00 | |
| ACCOUNT NO.  JOSE J. NAZARIO DE LA ROSA  URB. SANTA RITA  867 CALLE DOMINGO CABRERA  SAN JUAN, PR 00925-2412 | | | Attorney's fees in DSO case pending before the Superior Court of San Juan. Case No. KDI 1998-0555 (702). | | X | X | unknown | | |
| ACCOUNT NO.  JOSE J. NAZARIO DE LA ROSA  URB. SANTA RITA  867 CALLE DOMINGO CABRERA  SAN JUAN, PR 00925-2412 | | | Attorney's fees in DSO case that have been determined by the Superior Court of San Juan. | | | | 3,000.00 | 3,000.00 | |
| ACCOUNT NO.  MARIA A. HERNANDEZ IGLESIAS  UNIVERSITY GARDENS  310-B CALLE CLEMSON  SAN JUAN, PR 00927 | | | Domestic support arrears which are being claimed through the P.R. Child Support Enforcement Administration ("ASUME") in which $43,824 is claimed. The final determination as to the amount owed is currently subject to State-Court proceeding and will be paid to ASUME and directly to debtor's legal age son as determined by the Court. This creditor is included for information purposes. | X | | X | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 52,536.00 | $ 10,000.00 | $ 42,536.00

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 52,536.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 10,000.00 | $ 42,536.00

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:** JOSE MIGUEL DE JESUS MIRANDA                Case No. 10-01096 ESL

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I (We) declare under penalty of perjury that I have read the foregoing amended schedule **E**, consisting of **2** sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 3/2/2010            Signature: _____

Date: _____    Signature: _____

*Penalty for making false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.