UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSÉ MIGUEL DE JESÚS MIRANDA

CASE NO. 10-01096 ESL

CHAPTER 13

DEBTOR(S)

NOTICE OF FILING OF AMENDED SCHEDULES

Notice is hereby given to all creditors and parties in interest that, pursuant to Fed. R. Bankr. P. 1007 (c), the following schedule, a copy of which is attached hereto, has been amended:

SCHEDULE F

The purpose of the amendment is *to include former spouse as creditor in a disputed amount over the liquidation of conjugal property.*

In Bayamón, Puerto Rico, this 2nd day of March 2010.

HERMAN F. VALENTÍN & ASSOCIATES
P. O. Box 1888
Bayamón PR 00960-1888
Tel. (787) 200-5426
Fax (787) 200-5428

By: /s/ Herman F. Valentín Figueroa
Herman F. Valentín Figueroa
USDC-PR # 201904

B6F (Official Form 6F) (12/07)

IN RE DE JESUS MIRANDA, JOSE MIGUEL                                    Case No. 10-01096 ESL
                        Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9159<br>BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | | | REVOLVING CREDIT ACCOUNT (VISA). | | | | 2,128.21 |
| ACCOUNT NO. 0087<br>CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | | | REVOLVING CREDIT ACCOUNT (VISA). | | | | 1,639.26 |
| ACCOUNT NO. 2306<br>CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | | | REVOLVING CREDIT ACCOUNT (MASTER CARD). | | | | 2,294.03 |
| ACCOUNT NO. 1372<br>CHASE<br>CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | | | REVOLVING CERDIT ACCOUNT (VISA). | | | | 11,376.94 |

__1__ continuation sheets attached

Subtotal (Total of this page) $ 17,438.44

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE DE JESUS MIRANDA, JOSE MIGUEL          Case No. 10-01096 ESL
                        Debtor(s)                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7660 <br> HFC <br> P.O. BOX 17574 <br> BALTIMORE, MD 21297-1574 | | | PERSONAL CREDIT LINE. | | | | 10,247.85 |
| ACCOUNT NO. 6849 <br> JC PENNEY <br> P.O. BOX 960090 <br> ORLANDO, FL 32896-0090 | | | REVOLVING CREDIT ACCOUNT. | | | | 697.00 |
| ACCOUNT NO. <br> MARIA A. HERNANDEZ IGLESIAS <br> UNIVERSITY GARDENS <br> 310-B CALLE CLEMSON <br> SAN JUAN, PR 00927 | | | Balance pending on conjugal partnership liquidation. Currently a controversy exists as to this payment being credited into one of the child support claims. | | | X | 2,000.00 |
| ACCOUNT NO. 4159 <br> MERRICK BANK <br> P.O. BOX 9201 <br> OLD BETHPAGE, NY 11804 | | | REVOLVING CREDIT ACCOUNT (VISA). | | | | 1,486.09 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,430.94

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 31,869.38

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:** <u>JOSE MIGUEL DE JESUS MIRANDA</u>   Case No. <u>10-01096 ESL</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I (We) declare under penalty of perjury that I have read the foregoing amended schedule **F**, consisting of **2** sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 3/2/2010   Signature: *[signed]*

Date: _____   Signature: _____

*Penalty for making false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.