UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01096 ESL

JOSÉ MIGUEL DE JESÚS MIRANDA

CHAPTER 13

DEBTOR(S)

## NOTICE OF FILING OF
## REQUEST FOR APPOINTMENT OF SPECIAL COUNSEL

Notice is hereby given to all creditors and parties in interest that the document titled ***DEBTOR'S REQUEST FOR APPOINTMENT OF SPECIAL COUNSEL,*** has been filed with the court Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico; if no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. *L.B.R. 9013-1 (h) (1)*.

In Bayamón, Puerto Rico, this 4th day March 2010.

**HERMAN F. VALENTÍN & ASSOCIATES**
P. O. Box 1888
Bayamón PR 00960-1888
Tel. (787) 200-5426
Fax (787) 200-5428

By: ***/s/Herman F. Valentín Figueroa***
Herman F. Valentín Figueroa
USDC-PR # 201904