**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

**IN RE:**
                                            **CASE NO. 10-01096 ESL**

**JOSÉ MIGUEL DE JESÚS MIRANDA**

                                               **CHAPTER 13**

    **DEBTOR(S)**

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given to creditors and parties in interest that the meeting of creditors pursuant to 11 U.S.C. § 341(a) originally scheduled for March 19, 2010 at 8:00 a.m. has been re-scheduled.

The meeting will be held on **June 18, 2010** at **1:00 p.m.** at the Ochoa Building, 500 Tanca Street, First Floor, Comercio Street Entrance, San Juan PR 00901.

In Bayamón, Puerto Rico, this 9th day of March 2010.

                                                     **HERMAN F. VALENTÍN & ASSOCIATES**
                                                                           P.O. Box 1888
                                                                   Bayamón, PR 00960-1888
                                                                        Tel. (787) 200-5426
                                                                          Fax (787) 200-5428

                                                By: ***/s/Herman F. Valentín Figueroa***
                                                          Herman F. Valentín Figueroa
                                                                   USDC-PR # 201904