**IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO**

IN RE: JOSE MIGUEL DE JESUS MIRANDA

Bkrtcy. No. 10-01096-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: Feb 17, 2010 | Meeting Date: Mar 19, 2010 — DC Track No. 2 |
| Days from petition date: 121 | Meeting Time: 1:00 PM |
| 910 Days before Petition: 8/22/2007 | ☐ Chapter 13 Plan Date Feb 17, 2010 Dkt.# 4 ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $73,600.00 |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Apr 28, 2010 Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount — Total Paid In: $1,010.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference — ☐ Creditor(s) present: ☒ None.
- ☐ Debtor Present ☐ ID & Soc. OK ☒ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☒ Not Present
- ☐ Substitute attorney: ___ ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: **HERMAN F VALENTIN & ASSOCIATES***
Total Agreed: $3,000.00 — Paid Pre-Petition: $500.00 — Outstanding: $2,500.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: ___
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: June 18 2010 1:00 pm

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 18, 2010