## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

IN RE:

                                       **CASE NO. 10-01096 ESL**

JOSÉ MIGUEL DE JESÚS MIRANDA

                                          **CHAPTER 13**

    DEBTOR(S)

### NOTICE OF FILING OF AMENDED SCHEDULES

Notice is hereby given to all creditors and parties in interest that, pursuant to Fed. R. Bankr. P. 1007 (c), the following schedule, a copy of which is attached hereto, has been amended:

### SCHEDULE J

The purpose of the amendment is *to reflect the increase in monthly child support payments as determined by the Superior Court of San Juan and consequently the disposable income available to fund the plan*.

In Bayamón, Puerto Rico, this 12th day of April 2010.

                                **HERMAN F. VALENTÍN & ASSOCIATES**
                                            P. O. Box 1888
                                    Bayamón PR  00960-1888
                                    Tel. (787) 200-5426
                                    Fax (787) 200-5428

By: _____
                         Herman F. Valentín Figueroa
                         USDC-PR # 201904

B6J (Official Form 6J) (12/07)

IN RE DE JESUS MIRANDA, JOSE MIGUEL      Case No. <u>10-01096 ESL</u>
Debtor(s) (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)      $ 1,000.00
   a. Are real estate taxes included?   Yes ____ No ✓
   b. Is property insurance included?   Yes ____ No ✓
2. Utilities:
   a. Electricity and heating fuel      $
   b. Water and sewer      $
   c. Telephone      $
   d. Other _____      $
     $
3. Home maintenance (repairs and upkeep)      $
4. Food      $ 50.00
5. Clothing      $ 50.00
6. Laundry and dry cleaning      $
7. Medical and dental expenses      $ 10.00
8. Transportation (not including car payments)      $ 229.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.      $
10. Charitable contributions      $
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's      $
   b. Life      $ 163.00
   c. Health      $
   d. Auto      $
   e. Other _____      $
     $
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) **Reserve For Income Tax Payments (Pro-Rated)**      $ 100.00
     $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto      $
   b. Other _____      $
     $
14. Alimony, maintenance, and support paid to others      $ 2,531.00
15. Payments for support of additional dependents not living at your home      $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)      $
17. Other _____      $
     $
     $

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.      $ 4,133.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**The Domestic Support Obligation consists of $1,831 per month from a provisional determination on March 3, 2010 by the Court of First Instance, Superior Court of San Juan. In addition to the above, the Court determined a Domestic Support Obligation for Debtor's legal age child of $700 per month. This amount may vary considering that the provisional amount will be reviewed by the Commonwealth Court in Abril 2010. Further amendments to this Schedule will be filed if needed.**

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I      $ 4,862.04
   b. Average monthly expenses from Line 18 above      $ 4,133.00
   c. Monthly net income (a. minus b.)      $ 729.04

**IN RE:** JOSE MIGUEL DE JESUS MIRANDA        Case No. 10-01096 ESL

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I (We) declare under penalty of perjury that I have read the foregoing amended schedule **J**, consisting of **1** sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: 4/12/2010        Signature: _____
                                       Jose Miguel De Jesus Miranda

Date: _____        Signature: _____

*Penalty for making false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§152 and 3571.