# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE MIGUEL DE JESUS MIRANDA

Bkrtcy. No. 10-01096-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Petition Filing Date: | Feb 17, 2010 | Meeting Date | Jun 18, 2010 | DC Track No. | 18 |
| Days from petition date | 121 | Meeting Time | 1:00 PM | | |
| 910 Days before Petition | 8/22/2007 | ☐ Chapter 13 Plan Date | Apr 12, 2010 Dkt.# 27 | ☐ Amended. | |
| This is debtor(s) 1st Bankruptcy petition. PREVIOUS CASE 1464 | | Plan Base: | $61,534.00 | | |
| This is the 1st Scheduled Meeting | | Confirmation Hearing Date: | Jul 21, 2010 | Time: | 2:00 PM |
| Payment(s) ☑ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | | | Total Paid In: | $3,200.00 |

### I. Appearances: ☐ Telephone ☐ Video Conference
- ☑ Debtor Present
- ☑ ID & Soc. OK
- ☐ Debtor Absent
- ☐ Joint Debtor Present
- ☐ ID & Soc. OK
- ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
- Lic Juan Nazario
- Maria Hernandez
- Lic Antonio Fiol Matta

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **HERMAN F VALENTIN & ASSOCIATES***
- Total Agreed: $3,000.00
- Paid Pre-Petition: $500.00
- Outstanding: $2,500.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: $11,081.00
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: NO POOL
- 13% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]
- ☐ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☑ Fails Creditor's Best Interest Test §1325(A)(4)
- ☑ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:

Xmas Bonus of $417.00 (NET) will be included. Creditor of Time Share will be listed. Priorities in controversy, child support and claims #9 #10 (attorney's fees related with such cases).

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 18, 2010