## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>JOSE M. DE JESUS MIRANDA<br><br>Debtor | CASE NO. 10-01096-ESL<br><br>CHAPTER 13 |

### STIPULATION TO LIFT STAY

**TO THE HONORABLE COURT:**

Comes now, Debtor and secured creditor Toyota Motor Credit Corporation ("Toyota Credit"), through their undersigned attorneys, and very respectfully state and pray:

1. Toyota Credit is a secured creditor of Debtor by virtue of being holder in due course of a duly registered conditional sales contract, that encumbers Debtor's 2004 Jaguar X-Type motor vehicle (the "Collateral").

2. On April 15, 2010, Debtor voluntarily surrendered Toyota Credit's collateral.

3. For such reason, the appearing parties agree to file this Stipulation in which Debtor lifts the automatic stay order and surrenders Toyota Credit's Collateral, and any proprietary interest in connection therewith.

4. Regarding Toyota Credit's security, the appearing parties agree to the following:

   a. Debtor agrees to lift the automatic stay order and surrender Toyota Credit's Collateral and any proprietary interest in connection therewith as part of his plan of reorganization under Chapter 13 bankruptcy.

   b. Debtor allows Toyota Credit to sell and/or dispose of Toyota Credit's collateral as it deems necessary.

c.  This Stipulation shall be considered part of the Debtor's plan of reorganization and shall be notified to the Trustee and to all parties in interest, who are hereby advised that they have twenty-one (21) days to file their oppositions to the terms of this Stipulation. If no opposition is filed within twenty-one (21) days of the notice of this Stipulation, the Bankruptcy Court may enter an order approving the same.

Such is the Stipulation to Lift Stay agreed by the undersigned parties, whose approval by the Honorable Bankruptcy Court is respectfully requested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 13th day of July, 2010.

**FERNANDEZ, COLLINS, CUYAR & PLA**
Attorneys for Toyota Motor Credit Corporation

/s/ Maximiliano A. Plá Méndez
MAXIMILIANO A. PLA MENDEZ
USDCPR 224307
P.O. BOX 023905
SAN JUAN, P.R. 00902-3905
TEL. 787-977-3772 FAX 787-977-3773
map@fccplawpr.com

**HERMAN F. VALENTIN FIGUEROA**
Attorney for Debtor

/s/ Herman Valentín Figueroa
HERMAN F. VALENTIN FIGUEROA
USDCPR
P.O. BOX 1888
BAYAMON, P.R. 00960-1888
TEL. 787-200-5426
ecf-cm@hvalentinassoc.com

## NOTICE

Notice to all parties is hereby given that if no opposition to the terms of this Stipulation is filed within twenty-one (21) days of the notice of this Stipulation, the Bankruptcy Court may enter an order approving the same.

In San Juan, Puerto Rico, on this 13th day of July, 2010.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this same date the foregoing was electronically filed, utilizing the CM/ECF System, which will notify the same to the Chapter 13; and to all interested parties included in the attached master address list.

In San Juan, Puerto Rico, on this 13th day of July, 2010.

**FERNANDEZ, COLLINS, CUYAR & PLA**

/s/ Maximiliano A. Plá Méndez
MAXIMILIANO A. PLA MENDEZ
USDCPR 224307
P.O. BOX 9023905
SAN JUAN, P.R. 00902-3905
TEL. 787-977-3772 FAX 787-977-3773
map@fccplawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-01096-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jul 13 13:24:25 AST 2010 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASUME<br>P.O. BOX 70376<br>SAN JUAN, PR 00936-8376 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| CHASE<br>CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Department of Treasury<br>Bankruptcy Section (424-B)<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| FIA Card Services NA aka Bank of America<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HFC<br>P.O. BOX 17574<br>BALTIMORE, MD 21297-1574 | JC PENNEY<br>P.O. BOX 960090<br>ORLANDO, FL 32896-0090 |
| JOSE J NAZARIO DE LA ROSA<br>URB SANTA RITA 867 CALLE DOMINGO CABRERA<br>SAN JUAN PUERTO RICO 00925 2412 | JOSE J. NAZARIO DE LA ROSA<br>URB. SANTA RITA<br>867 CALLE DOMINGO CABRERA<br>SAN JUAN PR 00927-2412 | MARIA A. HERNANDEZ IGLESIAS<br>UNIVERSITY GARDENS<br>310-B CALLE CLEMSON<br>SAN JUAN, PR 00927-4022 |
| MARIA A. HERNANDEZ IGLESIAS<br>URB. UNIVERSITY GARDENS<br>CALLE CLEMSON #310 B<br>SAN JUAN, PR 00927-4022 | MERRICK BANK<br>P.O. BOX 9201<br>OLD BETHPAGE, NY 11804-9001 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| NCO FINANCIAL SYSTEMS, INC.<br>P.O. BOX 12100, DEPT 64<br>TRENTON, NJ 08650-2100 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541-1067 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131-1605 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Credit de Puerto Rico Corporation<br>P.O. Box 366251<br>San Juan, Puerto Rico 00936-6251 | WELLS FARGO HOME MORTGAGE<br>P.O. BOX 660455<br>DALLAS, TX 75266-0455 |
| eCAST Settlement Corporation assignee of Cha<br>Bank USA NA successor by merger to<br>Washington Mutual<br>POB 29262<br>New York NY 10087-9262 | FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | HERMAN FRANCISCO VALENTIN FIGUEROA<br>P.O. BOX 1888<br>BAYAMON, PR 00960-1888 |

JOSE MIGUEL DE JESUS MIRANDA
PMB 181 LA CUMBRE
273 SIERRA MORENA
SAN JUAN, PR 00926-5539

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

NYDIA I ESPINO
PO BOX 194542
SAN JUAN, PR 00919-4542

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TOYOTA FINANCIAL SERVICES
19001 S.WESTERN AVE
TORRANCE, CA  90501

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33