# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: JOSE MIGUEL DE JESUS MIRANDA
Case Number: 10-01096-ESL13  Chapter: 13
Date / Time / Room: 6/8/2011 2:00 PM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: CARLOS APONTE

## Matter:

*filed 7.15.10*

DK 37 CONFIRMATION HEARING AMENDED PLAN ~~DATED 7/15/2011~~
DK 52 DEBTOR'S MOTION REQUESTING ENTRY OF ORDER ESTIMATING CLAIM #9-2  *Current to trustee*
DK 55 OPPOSITION BY MARIA A. HERNANDEZ IGLESIAS

## Appearances: *Debtor*

JOSE RAMON CARRION MORALES
HERMAN FRANCISCO VALENTIN FIGUEROA  *A. Fort, Esq. for Maria A. Hernandez*

## Proceedings:

ORDER:

**X** (Amended) ~~dated~~ *filed 7.15.2010* [Docket no. 37] ___CONFIRMED **X** NOT CONFIRMED ___ LBR 3015 — *plan insuff. funded to pay secured arrears and to DSO priority*

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ___

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.
___ Hearing on Confirmation/Contested Matter is continued to: *without a date*

___ Attorney's Fees:$3,000.00; Other:_____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge