IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01096 ESL

JOSE MIGUEL DE JESUS MIRANDA

Chapter 13

XXX-XX-0187

**FILED & ENTERED ON 10/13/2011**

Debtor(s)

ORDER DISMISSING CASE

On 06/08/2011 the Court denied confirmation of debtor(s)' Chapter 13 Plan. More than fourteen (14) days have elapsed and the debtor(s) has/have not filed a modified plan, moved for the conversion of the case, filed a motion for relief from judgment or order appealed the denial of confirmation. Accordingly, pursuant to PR Local Bankruptcy Rule 3015-2(h), it is now

ORDERED that the instant case be and it hereby is dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of October, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All Creditors