IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01096 ESL

JOSE MIGUEL DE JESUS MIRANDA

Chapter 13

XXX-XX-0187

**FILED & ENTERED ON 10/25/2011**

Debtor(s)

ORDER

The order dismissing case entered by the court on 10/13/2011 (docket #60) is hereby vacated and set aside, as it was improvidently granted. A hearing on confirmation is hereby scheduled for 12/14/2011 at 2:00 P.M.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of October, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: ALL CREDITORS