**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:

                                   CASE NO. 10-01096 ESL

JOSÉ MIGUEL DE JESÚS MIRANDA

                                   CHAPTER 13

    DEBTOR(S)

**MOTION FOR ENTRY OF ORDER**

**TO THE HONORABLE COURT:**

    **COMES NOW**, Debtor represented by the undersigned counsel and very respectfully states:

    1.   On March 20, 2013 a Stipulation settling the amount of the domestic support obligation and its method of payment was filed with the Court (Docket 93).

    2.   Notice was given in the motion to creditors and parties in interest that if no objection was filed within fourteen (14) days from notice pursuant to L.B.R. 9013-1 the Court could enter the order approving the stipulation without further hearing.

    3.   As the docket reflects, as of this date, no objection to the stipulation has been filed.

    4.   In view of the above, the entry of the order approving the stipulation is warranted.

Motion for Entry of Order
Case No. 10-01096 ESL
Page 2


**WHEREFORE,** for the reasons above stated it is respectfully requested from the Court to enter the order approving the stipulation filed on March 20, 2013 (Docket 93).

**RESPECTFULLY SUBMITTED.**

In Bayamón, Puerto Rico, this 10th day of April 2013.

**HERMAN F. VALENTÍN & ASSOCIATES**
P.O. Box 1888
Bayamón, PR 00960-1888
Tel. (787) 200-5426
Fax (787) 200-5428


By: ***/s/Herman F. Valentín Figueroa***
Herman F. Valentín Figueroa
USDC-PR # 201904