IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MIGUEL DE JESUS MIRANDA

XXX-XX-0187

Debtor(s)

CASE NO. 10-01096 ESL

Chapter 13

FILED & ENTERED ON 04/11/2013

ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the debtor and debtor and creditor Maria Hernandez Iglesias, docket entry #93.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of April, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
HERMAN FRANCISCO VALENTIN FIGUEROA
JOSE RAMON CARRION MORALES
ANTONIO FIOL MATTA-Maria Hernandez Iglesias