IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MIGUEL DE JESUS MIRANDA

XXX-XX-0187

Debtor(s)

CASE NO. 10-01096 ESL

Chapter 13

**FILED & ENTERED ON 06/26/2013**

### ORDER

The debtor(s) is (are) granted twenty-one (21) days to reply to the Chapter 13 Trustee's unfavorable recommendation (docket entry #102). Upon failure to timely reply, the Court will enter an order denying the debtor(s)' proposed post confirmation modified plan.

SO ORDERED.

In San Juan, Puerto Rico, this 26 day of June, 2013.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: DEBTOR(S)
HERMAN FRANCISCO VALENTIN FIGUEROA
JOSE RAMON CARRION MORALES