UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-01096 ESL

JOSÉ MIGUEL DE JESÚS MIRANDA

CHAPTER 13

DEBTOR(S)

RESPONSE TO ORDER

TO THE HONORABLE COURT:

**COMES NOW**, Debtor represented by the undersigned counsel and very respectfully states:

1. The Trustee filed an unfavorable report on confirmation (Docket 102) and the Court issued an order for Debtor to file his response to this recommendation (Docket 103).

2. The Trustee's unfavorable report is based on two matters: a) failure to provide a statement from ASUME; and, b) the fact that creditor, María Hernández, had not filed an amended Proof of Claim Debtor hereby responds to the Trustee's unfavorable recommendation.

3. On July 2, 2013 the certification from ASUME was provided to the Trustee by the Trustee's Electronic Document Filing System, a copy of the confirmation receipt is attached hereto. On July 18, 2013 counsel for creditor, María Hernández filed an amended proof of claim pursuant to the stipulation approved by the Court (Claim 9-3).

Response to Order
Case No. 10-01096 ESL
Page 2

4. In view of the above, the matters brought forth by the Trustee have been settled and the order confirming the plan dated April 15, 2013 (Docket 98) should be entered.

**WHEREFORE,** for the reasons above stated it is respectfully requested from the Court to take notice of the above and enter the order confirming the amended plan dated April 15, 2013.

**RESPECTFULLY SUBMITTED.**

In Bayamón, Puerto Rico, this 30th day of July 2013.

**HERMAN F. VALENTÍN & ASSOCIATES**
P.O. Box 1888
Bayamón, PR 00960-1888
Tel. (787) 200-5426
Fax (787) 200-5428


By: ***/s/Herman F. Valentín Figueroa***
Herman F. Valentín Figueroa
USDC-PR # 201904



**Trustee Electronic Document Filing Application (TEDFA)**

**Confirmation Receipt**

Case Number: 1001096

**Username:** hfv

**Debtor 1:** JOSE MIGUEL DE JESUS MIRANDA

**Debtor 2:**

**Lawyer:** HERMAN F VALENTIN & ASSOCIATES

**Atty. Firstname:** Herman F.

**Atty. Lastname:** Valentin

**Law Firm:** Law Offices

**Document Type Filed:** DSO - Certification Current in Post Petition Payments

**Upload Date:** 7/2/2013 2:30:47 PM

**Original File(s) Name:** 10-01096 Certificacion ASUME 7-2-2013.pdf

### IMPORTANT WARNING

The document you filed using this application will be subject to verification.

Virus Detection: If in the verification process a virus is detected in the uploaded electronic file, the same will be rejected. If rejected, you will be notified at your e-mail address of record.

Document Content: If in the verification process we determined that the document filed does not match the document type that you selected in the uploading process, you will be notified for its correction.

Document Quality: If in the verification process we determined that the filed document quality is poor and/or illegible you will be notified for its correction.

7/2/2013 2:32:04 PM